OCT 17 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20667-CR-WILLIAMS/TORRES**

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1956(h)
18 U.S.C. § 1951(a)(1)(A)(i)
18 U.S.C. § 1951(a)(1)(B)(i)
18 U.S.C. § 922(g)(1)
21 U.S.C. § 853

19-1794

UNITED STATES OF AMERICA

vs.

PALACIO FARLEY,
   a/k/a "Bobo,"
   a/k/a "Black Russian,"
KAREN WILLIAMS,
   a/k/a "Panama,"
LISA FLOOD,
   a/k/a "Mona,"
WILLIE HUDSON,
ROBERT BENTON,
   a/k/a "Kat,"
STEPHEN KEANE,
   a/k/a "Moon Man,"
DENZEL WILSON,
   a/k/a "Dee,"
SHANEQUA SAMUELS,
   a/k/a "Shanequa Hines,"
EMMANUEL WHITE,
   a/k/a "Man," and
PEDRO CEBALLOS JAIME,

   Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
(21 U.S.C. § 846)

From at least on or about May 29, 2016, and continuing through on or about August 3,

2019, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

>    PALACIO FARLEY,
>        a/k/a "Bobo,"
>        a/k/a "Black Russian,"
>    KAREN WILLIAMS,
>        a/k/a "Panama,"
>    LISA FLOOD,
>        a/k/a "Mona,"
>    WILLIE HUDSON,
>    ROBERT BENTON,
>        a/k/a "Kat,"
>    STEPHEN KEANE,
>        a/k/a "Moon Man,"
>    DENZEL WILSON,
>        a/k/a "Dee,"
>    SHANEQUA SAMUELS,
>        a/k/a "Shanequa Hines,"
>    EMMANUEL WHITE,
>        a/k/a "Man," and
>    PEDRO CEBALLOS JAIME,

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substances involved in the conspiracy attributable to each of the defendants as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to him or her, are:

(a) A mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C);

2

(b) A mixture and substance containing a detectable amount of eutylone, a positional isomer of pentylone, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(C) and 802(14), and 21 C.F.R. Section 1308.11(d)(64); and

(c) A mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(D)

## COUNT 2
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about February 6, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**PALACIO FARLEY,**
a/k/a "Bobo,"
a/k/a "Black Russian,"
**DENZEL WILSON,**
a/k/a "Dee," and
**ROBERT BENTON,**
a/k/a "Kat,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(D).

3

## COUNT 3
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about August 3, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**PALACIO FARLEY,**
a/k/a "Bobo,"
a/k/a "Black Russian," and
**KAREN WILLIAMS,**
a/k/a "Panama,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 4
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

1. From at least on or about December 17, 2016, and continuing through on or about March 20, 2018, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**PALACIO FARLEY,**
a/k/a "Bobo,"
a/k/a "Black Russian,"
**KAREN WILLIAMS,**
a/k/a "Panama,"
**LISA FLOOD,**
a/k/a "Mona,"

4

**WILLIE HUDSON,**
**ROBERT BENTON,**
a/k/a "Kat,"
**DENZEL WILSON,**
a/k/a "Dee," and
**EMMANUEL WHITE,**
a/k/a "Man,"

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is:

(a) to knowingly conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

(b) to knowingly conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846.

## OBJECT OF THE CONSPIRACY

2. It was the object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves and others, by, among other things, withdrawing, depositing, and conducting wire transfers to promote a drug trafficking scheme, and using fictitious identities and disguised bank accounts to conceal and disguise such transfers in furtherance of the scheme.

## MANNER AND MEANS

The manner and means by which the defendants and their co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

3. **PALACIO FARLEY, KAREN WILLIAMS, LISA FLOOD, WILLIE HUDSON, ROBERT BENTON, EMMANUEL WHITE**, and others, were part of a money laundering operation intended to disguise funds sent from **FARLEY** to **DENZEL WILSON**, and sent in furtherance of a drug trafficking scheme.

4. **DENZEL WILSON**, in an effort to avoid detection by law enforcement, would instruct **PALACIO FARLEY** to send wire transfers in increments of up to $9,500.00 in United States currency to bank accounts that **WILSON** controlled.

5. **PALACIO FARLEY** would instruct his co-conspirators to send wire transfers, and to recruit other individuals to send wire transfers, to back accounts controlled by **DENZEL WILSON**, and others, intended for the purchase of controlled substances to be distributed from California to Florida.

All in violation of Title 18, United States Code, Section 1956(h).

6

## COUNTS 5-9
## Money Laundering
## (18 U.S.C. § 1956(a)(1)(B)(i))

On or about the dates specified below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants, as specified below, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity.

| Count | Approx. Date | Defendant(s) | Financial Transaction |
|---|---|---|---|
| 5 | December 19, 2016 | PALACIO FARLEY, a/k/a "Bobo," a/k/a "Black Russian," DENZEL WILSON, a/k/a "Dee," and EMMANUEL WHITE, a/k/a "Man" | Transfer of approximately $4,250 from WHITE to the Bank of America account in the name of P.Z. ending in 1564. |
| 6 | December 19, 2016 | PALACIO FARLEY, a/k/a "Bobo," a/k/a "Black Russian," DENZEL WILSON, a/k/a "Dee," and LISA FLOOD, a/k/a "Mona" | Transfer of approximately $9,500 from FLOOD to the Bank of America account in the name of B.V. ending in 6870. |
| 7 | February 21, 2017 | PALACIO FARLEY, a/k/a "Bobo," a/k/a "Black Russian," DENZEL WILSON, a/k/a "Dee," and EMMANUEL WHITE, a/k/a "Man" | Transfer of approximately $5,000 made by B.P. to WILSON's Citi Bank account ending in 8262. |

7

| Count | Approx. Date | Defendant(s) | Financial Transaction |
|---|---|---|---|
| 8 | February 22, 2017 | PALACIO FARLEY, a/k/a "Bobo," a/k/a "Black Russian," and DENZEL WILSON, a/k/a "Dee," | Transfer of approximately $1,000 from C.L. to **WILSON** made via Walmart to Walmart. |
| 9 | March 19, 2018 | KAREN WILLIAMS, a/k/a "Panama," | Transfer of approximately $2,870 from **WILLIAMS** to C.G. via Western Union. |

It is further alleged that the specified unlawful activity is conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## COUNTS 10-12
### Money Laundering
### (18 U.S.C. § 1956(a)(1)(A)(i))

On or about the dates specified below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants, as specified below, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and with the intent to promote the carrying on of that specified unlawful activity.

| Count | Approx. Date | Defendant(s) | Financial Transaction |
|---|---|---|---|
| 10 | January 2, 2017 | PALACIO FARLEY, a/k/a "Bobo," a/k/a "Black Russian," LISA FLOOD, a/k/a "Mona," and EMMANUEL WHITE, a/k/a "Man" | Transfer of approximately $6,750 from **WHITE** to **FLOOD**'s JP Morgan Chase account ending in 2569. |

8

| Count | Approx. Date | Defendant(s) | Financial Transaction |
|---|---|---|---|
| 11 | February 25, 2017 | PALACIO FARLEY, a/k/a "Bobo," a/k/a "Black Russian," DENZEL WILSON, a/k/a "Dee," and ROBERT BENTON, a/k/a "Kat" | Transfer of approximately $500 from BENTON to WILSON made via Walmart to Walmart. |
| 12 | March 14, 2018 | PALACIO FARLEY, a/k/a "Bobo," a/k/a "Black Russian," WILLIE HUDSON, and LISA FLOOD, a/k/a "Mona" | Transfer of approximately $2,500 from HUDSON to FLOOD via Western Union. |

It is further alleged that the specified unlawful activity is conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## COUNT 13
**Possession of a Firearm and Ammunition by a Convicted Felon**
**(18 U.S.C. § 922(g)(1))**

On or about June 1, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**WILLIE HUDSON,**

possessed a firearm and ammunition in and affecting interstate and foreign commerce, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that said firearms and ammunition are:

i. One (1) Mossberg Model 500A, 12-gauge shotgun bearing serial number J661843; and

ii. Six (6) Winchester 126A 12-gauge shotgun shells.

9

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants have an interest.

2. Upon conviction of any violation of Title 21, United States Code, Sections 841(a)(1) and 846, as alleged in this Indictment, each defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

3. Upon conviction of any violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, any defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property. The United States will seek a money judgment in the amount of at least $266,390.00, which represents the amount of funds involved in the violations.

4. Upon conviction of any violation of Title 18, United States Code, Section 922(g)(1), each defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in or used in the commission of the offense, or any violation of any other criminal law of the United States.

5.  If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Sections 982(a)(1) and 924(d)(1), as made applicable by Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY

11

AO 442 (Rev 01/09) Arrest Warrant  FID #9257747

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

RECEIVED
OCT 18 2019
SFL WARRANTS

United States of America
v.
Robert Benton,

SEALED

Case No. 19-20667
CR-WILLIAMS / TORRES

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Robert Benton**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
  21 USC 846 – conspiracy to possess with intent to distribute drugs
  18 USC 1956(h) – conspiracy to launder money
  18 USC 1956(a)(1) - money laundering

Date: 10/17/2019

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk
U.S. District Court
Southern District of Florida
By: Yesenia Rodriguez
Deputy Clerk
Date: Oct 18, 2019

*Issuing officer's signature*

City and state: Miami, Florida

Lisette M. Reid, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*